J. C. POTTER, *Appellant*, v. LUCILE TAKASH AND J. A. TAKASH, HER HUSBAND, *Appellees*.

Division B.

Decision Filed June 16, 1926.

An Appeal from the Circuit Court for Seminole County; J. J. Dickinson, Judge.

*George G. Herring*, for Appellant;

*E. F. Householder*, for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

GUISEPPE MANISCALCO AND HIS WIFE, VIRGINIA MANISCALCO, *Appellants*, v. GIROLAMO DICHIARA, *Appellee*.

Division B.

Decision Filed June 16, 1926.

An Appeal from the Circuit Court for Hillsborough County; L. L. Parks, Judge.

*Angelo Leto,* for Appellants;

*Sandler & Duff,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

---

FIRST NATIONAL BANK IN ORLANDO, A NATIONAL BANKING CORPORATION, *Plaintiff in Error,* v. E. MASON ROBERTS, *Defendant in Error.*

Division B.

Opinion Filed June 16, 1926.

Petition for rehearing denied September 22, 1926.

1. A new trial will not be granted because immaterial evidence was introduced, unless the jury appears to have been misled.

2. If the verdict be conformable to the law, it will not be set aside merely because the Court refused to give instructions which might have been properly given.